IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 09-0658
 ((((((((((((((((

 Anthony Authorlee, Dexter Burnett, Robert Derousselle, John Henry Young,
 Jerome Stubblefield And Floyd Moran, Petitioners

 v.

 Minstar, Inc., Respondent

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. Pursuant to the notice of bankruptcy of Minstar, Inc., filed
with this Court on June 17, 2009, this case, consisting of claims by and
against Minstar, Inc., having been severed from other claims in case number
08-0990, Anthony Authorlee, Dexter Burnett, Robert Derousselle, John Henry
Young, Jerome Stubblefield and Floyd Moran v. Tuboscope Vetco
International, Inc., AMF Incorporated and Minstar, Inc. and renumbered and
restyled as 09-0658, Anthony Authorlee, Dexter Burnett, Robert Derousselle,
John Henry Young, Jerome Stubblefield and Floyd Moran v. Minstar, Inc., is
ABATED effective as of June 1, 2009.
 2. This case is abated pursuant to Tex. R. App. P. 8.2 until
further order of this Court and is removed from the Court's active docket,
subject to reinstatement upon proper motion. Tex. R. App. P. 8.3. All
motions and other documents pending or filed are abated subject to being
reurged in the event the case is reinstated. Tex. R. App. P. 8.2 and 8.3.
It is the parties' responsibility to immediately notify this Court once the
automatic bankruptcy stay is lifted.

 Done at the City of Austin, this 7th day of August, 2009.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk